## (October 27, 1938.)

In the Matter of the Application of LOVELACE B. CAPEHART, Petitioner, Appellant, to Review the Action of the Inspectors of Primary Elections of the 19th Assembly District of the County and State of New York, and the Custodians Records of the Primary Records of the County of New York, in Counting the Ballots Cast and the Canvassing and Recording of the Results of the Primary Elections for Member of Assembly Held by the Democratic Party in the 19th Assembly District, County and State of New York, Held on the 20th Day of September, 1938, etc., against DANIEL BURROWS, as Candidate for Member of Assembly, the Inspectors of Election of the Election Districts 1 to 39, Inclusive, of the 19th Assembly District, County and State of New York, S. HOWARD COHEN and Others, Commissioners of the Board of Elections of the City of New York and the County Board of Canvassers of the County of New York, and ARCHIBALD R. WATSON, County Clerk of the County of New York, Respondents.— Order unanimously reversed on the law and the facts and motion granted to the extent of directing the production by the board of elections and county board of canvassers of all protested, blank or void ballots and a recount and recanvass thereof, upon condition that the petitioner shall deposit with the board of elections the sum of ten dollars for each election district for which recanvass and recount is desired, to cover any expense incurred. Honorable Joseph I. Green, official referee, is designated to conduct such recount and recanvass and to report thereon forthwith to the court at Special Term, Part I thereof. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of BENJAMIN N. SPEVACK, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

## (October 28, 1938.)

CHRISTIAN BROSCHART and Others, Respondents, v. THE CITY OF NEW YORK, Appellant.— Determination, so far as appealed from, unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ. [166 Misc. 515.]

NEVILLE O'NEILL, Respondent, v. ARTHUR KUDNER, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

E. CHASE CROWLEY, Appellant, v. LAURA A. WOLF, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Appraisal under the Estate Tax Law of the Estate of ALICE G. VANDERBILT, Deceased.— Order, so far as appealed from, unanimously affirmed, with costs to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ. [163 Misc. 667.]

PHILIP ROSENBLUM, Suing on Behalf of Himself and All Other Stockholders of PLAZA INVESTING CORPORATION, Respondent, v. PLAZA TRUST COMPANY and Others, Defendants, Impleaded with HERBERT TURRELL, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of order upon payment of said costs and the costs awarded by the court at Special Term. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.